UNITED STATES DSTRICT COURT
DISTRICT OF CONNECTICUT

JEAN KARLO CONQUISTADOR
       PLAINTIFF,

NO. TBD 3:20-cv-1658-KAD

NOV 3 2020 PM3:46
FILED-USDC-CT-HARTFORD

V.

CORRECTIONAL CAPTAIN
GEORGE HURDLE, AND
PETTY CORRECTIONAL OFFICERS BLEKIS
AND KENNEDY
IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY(IES),
       DEFENDANT(S).

NOVEMBER 2, 2020

## CIVIL RIGHTS COMPLAINT

**I.**   **JURISDICTION & VENUE**

This here is 42 U.S.C. Section 1983 Civil Rights Complaint against the Defendants in the present action. The District of Connecticut is a proper venue as it is where the events giving rise to the present Civil Rights Complaint transpired.

**II.**   **PLAINTIFF(S)**

The Plaintiff, Jean Karlo Conquistador, In Propia Persona herein is located at 135 Chestnut Street, P.O. Box 2808, New Britain, CT 06050. Plaintiff Jean Karlo Conquistador was, at all times mentioned herein, a prisoner of the state of Connecticut housed at Garner Correctional Institution (GCI).

**III.**   **DEFENDANT(S)**

The Defendants in the above case caption were, at all times mentioned in the present civil rights complaint, assigned to GCI. The Defendants can be located at 50 Nunnawauk Road, Newton, CT 06470.

## IV. FACTS

1.) On or about August 13, 2019 Defendant Hurdle supervised Defendants Blekis and Kennedy escort the Plaintiff to a cell for placement on suicide watch aka "Behavioral Observation Status.

2.) During placement on BOS Defendants Kennedy and Blekis, particularly Blekis, ceaselessly twisted the Plaintiff's wrists with excessive force in efforts to get the Plaintiff to yell and physically respond to the malicious force.

3.) On multiple occasions, prior to the incident that has given rise to the present civil rights complaint, the Plaintiff threatened to file civil action against Defendant Hurdle.

4.) At all times of malicious acts by Defendants the Plaintiff threatened to file civil action against the Defendants for the malfeasance.

5.) At all times of malicious behavior by Defendants Kennedy and Blekis Defendant Hurdle failed to intervene.

6.) The twisting of Plaintiff's wrists was unnecessary as the Plaintiff was compliant with placement on BOS.

7.) There exists video footage of Defendants Kennedy and Blekis ceaselessly, and wickedly twisting the Plaintiff's wrists during placement on BOS.

8.) There exists video footage of Defendant Hurdle refusing to intervene when Defendants Kennedy and Blekis ceaselessly, and wickedly twisted the Plaintiff's wrists during placement on BOS.

9.) The Defendants expected the Plaintiff to be imperturbable and fully complaint while the Plaintiff's wrists were ceaselessly, and wickedly twisted with excessive force.

10.) Connecticut Department of Correction employees have history of carrying out evil acts in efforts to get inmates to physically respond so that more evil acts can be performed on inmates.

## V. CLAIMS FOR RELIEF

1.) The Plaintiff incorporates by reference sections 1-8 of the facts herein.

2.) The (1) Retaliation, (2) Deliberate Indifference, and (3) Cruel and Unusual Punishment violated Plaintiff Jean Karlo Conquistador's 1st, 8th, and 14th Amendment rights to the United States Constitution.

## VI. RELIEF DEMANDED

1.) $250,000.00 in Punitive and Compensatory Damages against any and all Defendants in this suit.

2.) Demotion and thirty (30) day suspension of Defendants without pay.

3.) A Jury Trial on any and all issues triable by a jury.

4.) Any and all costs in this suit.

5.) Any and all other relief this Courts through Wisdom deems just, proper, and equitable.

Respectfully submitted,
Jean Karlo Conquistador
Activist/Author/Entrepreneur
135 Chestnut Street, P.O. Box 2808
New Britain, CT 06050
(860) 840-6486
Conquistadorgeneralcontracting@gmail.com

/s/ JEAN KARLO CONQUISTADOR

/d/ November 2, 2020

## I. **VERIFICATION**

Plaintiff Jean Karlo Conquistador hereby verifies that the foregoing is to and correct to the best of his ability.

Respectfully submitted,
Jean Karlo Conquistador
Activist/Author/Entrepreneur
135 Chestnut Street, P.O. Box 2808
New Britain, CT 06050
(860) 840-6486
Conquistadorgeneralcontracting@gmail.com

/s/ JEAN KARLO CONQUISTADOR

/d/ November 2, 2020